DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RALPH H. RUSSELL, JR.,** and **MELINDA T. RUSSELL,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK**
as Trustee for The Benefit of **THE CERTIFICATE HOLDERS OF THE
CWALT INC. ALTERNATIVE LOAN TRUST 2005-59 MORTGAGE
PASS THROUGH CERTIFICATES, SERIES 2005-59,**
Appellee.

No. 4D19-125

[March 11, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE 18-014807 (11).

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Morgan L. Weinstein of Van Ness Law Firm, P.L.C., Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed. See Schroeder v. MTGLQ Investors, L.P.*, 45 Fla. L. Weekly D339 (Fla. 4th DCA Feb. 12, 2020).

CIKLIN, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*